**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00311-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUPE CARMEN FLORES,

      Defendant.

---

**MINUTE ORDER**[1]

---

By **October 3, 2011**, the defendant shall file a reply to the **Government's Response To Defendant's Motion For Immediate Release (Doc. No. 5) and Defendant's Supplement To Motion For Immediate Release (Doc. No. 7)** [#12][2] filed September 26, 2011.

      Dated September 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.